**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

             -against-

LESTER E. GREAVES
a/k/a LESTER GREAVES
a/k/a LESTER ERICH GREAVES,

                Defendant.
---------------------------------------------------------X

**ADOPTION ORDER**
17-cv-5876 (ADS) (AYS)

**APPEARANCES:**

**Michael T. Sucher, Esq.**
*Private Counsel for Plaintiff United States of America*
26 Court Street, Suite 2412
Brooklyn, New York 11242
      By: Michael T. Sucher, Esq.

**NO APPEARANCES:**

*The Defendant*

**SPATT, District Judge.**

On October 6, 2017, the Plaintiff, United States of America (the "Plaintiff"), commenced this action against the Defendant, Lester E. Greaves a/k/a Lester Greaves a/k/a Lester Erich Greaves (the "Defendant") to recover debt owed to the United States.

On December 22, 2017, the Clerk of the Court issued an Entry of Default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

On December 27, 2017, the Plaintiff moved for a default judgment against the Defendant.

On December 28, 2017, the Court referred this matter to United States Magistrate Judge Anne Y. Shields for a recommendation as to whether the motion for a default judgment should be granted, and if so, what relief should be awarded.

On July 3, 2018, Judge Shields issued a Report & Recommendation ("R&R") recommending that the motion for a default judgment be granted and that damages be awarded as follows: (1) the principal balance owed on the student loan in the amount of $6,522.84; (2) interest through the date of this R&R in the amount of $5,078.30, plus additional interest to be calculated at a rate of $0.73 per day; and (3) post-judgment interest, to be calculated pursuant to 28 U.S.C. § 1961.

More than fourteen (14) days have elapsed since service of the R&R on the Defendant, who has failed to file an objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result.

Accordingly, the R&R is adopted in its entirety, and the Plaintiff's motion for a default judgment is granted.

**SO ORDERED.**

Dated: Central Islip, New York
August 4, 2018

                                              ___/s/ Arthur D. Spatt_____
                                              ARTHUR D. SPATT
                                          United States District Judge